```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 33895
   GARY H MERRILL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8873


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/25/2005 and was confirmed 10/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/09/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
NPS                        SECURED            1911.12        416.88        1911.12
NPS                        UNSECURED              .00           .00            .00
REPUBLIC BANK              SECURED            1000.00         23.01        1000.00
REPUBLIC BANK              UNSECURED          1167.78           .00        1167.78
CHASE RECIEVABLES          UNSECURED        NOT FILED           .00            .00
CHECK N GO                 UNSECURED           980.33           .00         980.33
CHECK INTO CASH            UNSECURED        NOT FILED           .00            .00
CHESTER DSZIEVBANSKI       UNSECURED        NOT FILED           .00            .00
EYE PHYSICIAN & SURGEONS   UNSECURED        NOT FILED           .00            .00
HOCHSTADTER ISAACSON CHE   UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           417.79           .00         417.79
NATIONAL QUICK CASH        UNSECURED        NOT FILED           .00            .00
PAYDAY LOAN STORE OF IL    UNSECURED        NOT FILED           .00            .00
PERIODONTICS               UNSECURED        NOT FILED           .00            .00
PISER FUNERAL SERVICES     UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          1904.13           .00        1904.13
ALLIED REALTY              UNSECURED         11700.00           .00       11700.00
SHORT TERM LOAN            UNSECURED           832.30           .00         832.30
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED           .00            .00
STRAUSS SURGICAL GROUP     UNSECURED        NOT FILED           .00            .00
US AUTO TITLE LENDERS IN   UNSECURED          1291.73           .00        1291.73
STUART B HANDELMAN         DEBTOR ATTY       2,094.00                      2,094.00
TOM VAUGHN                 TRUSTEE                                         1,583.15
DEBTOR REFUND              REFUND                                            120.78


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 33895 GARY H MERRILL
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     25,443.00

PRIORITY                                                     .00
SECURED                                                 2,911.12
    INTEREST                                              439.89
UNSECURED                                              18,294.06
ADMINISTRATIVE                                          2,094.00
TRUSTEE COMPENSATION                                    1,583.15
DEBTOR REFUND                                             120.78
                           ---------------         ---------------
TOTALS                      25,443.00                  25,443.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/09/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
     CASE NO. 05 B 33895 GARY H MERRILL